ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| T.D. Service Company, | Case No. SACV 09-1135 JVS (RNBx) |
|---|---|
| Plaintiff, | Judgment |
| vs. | |
| David G. Anderson, et al., | |
| Defendants. | |

Based on the Stipulation for Entry of Judgment signed by Plaintiff T.D. Service Company (T.D. Service), Defendant United States of America (United States), and Intervenor Jerry Namba, Chapter 7 Bankruptcy Trustee (Jerry Namba), and good cause appearing:

**IT IS ORDERED** that the Motion for Turnover of Estate Property from Court Registry to Bankruptcy Trustee is GRANTED.

**IT IS FURTHER ORDERED** that the Surplus funds in the amount of $103,260.37 shall be paid to Jerry Namba, Chapter 7 Bankruptcy Trustee, as property of the estate of debtor David G. Anderson.

1  **IT IS FURTHER ORDERED** that the Clerk of the Court for the Central District of California shall issue a certified check in the amount of $103,260.37 to Jerry Namba, Trustee, and mail it to the following address:

        Jerry Namba, Trustee
        625 East Chapel Street
        Santa Maria, CA 93454

**IT IS FURTHER ORDERED** that T.D. Service is hereby discharged from all liability to all defendants in this case with respect to the Surplus funds in the amount of $103,260.37 deposited with this Court.

**IT IS FURTHER ORDERED** that as between each other, T.D. Service, the United States, and Jerry Namba, will each bear their own costs and attorneys fees. This will not preclude T.D. Service from claiming $7,389.13 in the bankruptcy court as reasonable attorney's fees and costs pursuant to the stipulation of the parties.

**IT IS FURTHER ORDERED** that this case is closed and no further status reports are required to be filed by the parties.

**IT IS SO ORDERED**.

DATED: February 07, 2011

_____
JAMES V. SELNA
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN

1  Assistant United States Attorney
2  Chief, Tax Division
3
4  GAVIN L. GREENE
5  Assistant United States Attorney
   Attorneys for United States of America
6
7  Approved as to form and content:
8
9  LAWRENCE J. DREYFUSS
10 The Dreyfuss Firm
11 Attorneys for T.D. Service Company, a Corporation
12
13 JOHN D. FAUCHER
14 Hurlbett & Faucher
   Attorneys for Jerry Namba
15
16
17
18
19
20
21
22
23
24
25
26
27
28